AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Carlos Eufemio Umanzor-Rubio

**CRIMINAL COMPLAINT**

Case Number: M-19-2248-M

IAE   YOB: 1978
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 16, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Eufemio Umanzor-Rubio was encountered by Border Patrol Agents near Mission, Texas on September 16, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 16, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 06, 2007 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 07, 2005, the defendant was convicted of Possession of Cocaine and sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Approved AUSA C. Nguyen  8/18/19  8:05 A.M

Sworn to before me and subscribed in my presence,

September 18, 2019 - 8:27 c.h.

Signature of Complainant
William A. Dubois    Border Patrol Agent

Juan F Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer